# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0025
_____

HENRY JARED DOSTER,

Appellant,

v.

HAND ARENDALL HARRISON
SALE LLC,

Appellee.

_____

On appeal from the Florida Commission on Human Relations.
Angela Primiano, Panel Chairperson.

April 8, 2026

PER CURIAM.

AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Henry Jared Doster, pro se, Appellant.

Kelly B. Holbrook of Constangy, Brooks, Smith & Prophete, LLP, Tampa, for Appellee.